
# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| AMANDA S. PLAKE,<br><br>   Plaintiff,<br>v.<br><br>IMC CREDIT SERVICES, LLC,<br><br>   Defendant. | Case No. 1:18-cv-02423-SEB-MJD<br><br>Honorable Judge Tanya W. Pratt<br><br>Honorable Magistrate Mark J. Dinsmore |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff AMANDA S. PLAKE, and the Defendant, IMC CREDIT SERVICES, LLC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against IMC CREDIT SERVICES, LLC , pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 14, 2018                                   Respectfully Submitted,

**AMANDA S. PLAKE**                                         **IMC CREDIT SERVICES, LLC**

/s/ Nathan C. Volheim                                       /s/ Peter A. Velde (*with consent*)
Nathan C. Volheim                                           Peter A. Velde
*Counsel for Plaintiff*                                     *Counsel for Defendant*
Sulaiman Law Group, LTD                                     Kightlinger & Gray LLP
2500 S. Highland Avenue, Suite 200                          211 North Pennsylvania Street
Lombard, Illinois 60148                                     Indianapolis, IN 46204
Phone: (630) 575-8181                                       Phone: (317) 638-4521
Fax :(630) 575-8188                                         pvelde@k-glaw.com
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                    s/ Nathan C. Volheim\_\_\_\_\_
                                                    Nathan C. Volheim