UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMANDA S. PLAKE,<br><br>    Plaintiff,<br>v.<br><br>IMC CREDIT SERVICES, LLC,<br><br>    Defendant. | Case No. 1:18-cv-02423-SEB-MJD |

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, AMANDA S. PLAKE ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court an Agreed Stipulation of Dismissal with prejudice and the Court having reviewed same, now finds that the Plaintiff's filed Complaint should be dismissed with prejudice.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Dated: _____12/20/2018_____

_____*Sarah Evans Barker*_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
nvolheim@sulaimanlaw.com

Peter A. Velde
Kightlinger & Gray LLP
211 North Pennsylvania Street
Indianapolis, IN 46204
Phone:  (317) 638-4521
pvelde@k-glaw.com